AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DOMINIC ZAMPINI,<br><br>Defendant | )<br>)<br>) Case No.  Click here to enter text.<br>)  5:21-mJ-546 (TWD)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. No later than in or around December 2020, in the county of Onondaga in the Northern District of New York, and elsewhere, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252A(a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See attached affidavit.

☒   Continued on the attached sheet.

_____
Complainant's signature

Lindsey R. Kennedy, Special Agent
_____
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: __Nov. 18, 2021__   _____
Judge's signature

City and State: _____   Hon. Therese Wiley Dancks, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lindsey R. Kennedy, having been first duly sworn, do herby depose and state as follows:

### AGENT BACKGROUND

1. I am employed as a Special Agent with Homeland Security Investigations and have been since 2019. Prior to working as a Special Agent, your affiant was a United State Border Patrol Intelligence Agent (BPAI) and a Task Force Officer (TFO) with HSI's Border Enforcement Security Task Force (BEST) in Massena, New York. Prior to working as an intelligence agent and a TFO, your affiant was a United States Border Patrol Agent in Massena, New York and in San Diego, California. In 2006, your affiant received her Bachelor of Science Degree in Criminal Justice from Medaille College in Buffalo, New York. Your affiant investigates potential violations of federal law, including federal child sexual exploitation offenses.

2. I am an investigative law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1).

### BASIS AND PURPOSE OF AFFIDAVIT

3. I make this affidavit in support of a criminal complaint and application for an arrest warrant charging Dominic ZAMPINI with receipt of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

4. The statements contained in this affidavit are based upon my investigation, information provided to me by other law enforcement officers, and on my experience and training as a Special Agent. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause

to believe ZAMPINI has violated Title 18, United States Code, Section 2252A (activity relating to material containing child pornography).

## FACTS SUPPORTING PROBABLE CAUSE

### Relevant Background

5. The National Center for Missing and Exploited Children (NCMEC) is a private, non-profit corporation whose mission nis to help find missing children, reduce child sexual exploitation, and prevent child victimization. NCMEC works with law enforcement, private industry, to, among other things, provide services to deter and combat child exploitation.

6. NCMEC maintains the CyberTipline, which is a centralized reporting system for the online exploitation of children. The CyberTipline permits the public and electronic service providers to make reports of suspected online child sexual abuse material.

7. Dropbox is headquartered in San Francisco, California, and is a file hosting service that offers cloud storage, file synchronization, personal cloud, and client software. Dropbox uses private cloud storage for files that can be accessed on a mobile device through the Dropbox application or on a computer through the Dropbox website. These files, including photographs and videos, can be accessed by other users through an invitation from the account owner.

### Dropbox CyberTip Reporting Jason Harper Account

8. On or about December 11, 2020, Dropbox submitted to NCMEC a CyberTip (CyberTipline Report 83544834) regarding a Dropbox account that contained approximately 29 images of purported Child Sexual Abuse Material (CSAM). According to the CyberTip, the username associated with the subject Dropbox account was Jason Harper, with an email of jharperimg@gmail.com, and a user ID of 3749924688. The CyberTip included copies of the purported CSAM images.

9. Dropbox reported that the account was registered from IP Address 2604:6000:1406:c1ac:98ce:d3d0:2ad9:30d9 ("IP Address A"). A search of publicly available information showed that IP Address A resolved to Charter Communications. Records obtained from Charter Communications showed that on December 12, 2020, IP Address A was assigned to the account of Subscriber A at an address in Baldwinsville, New York.

10. In response to a subpoena, Google produced subscriber information and IP logs related to the email address jharperimg@gmail.com. According to those records, the user of the account was listed as Jason Harper, and the account login history showed 10 logins between on or about December 2, 2020, and February 15, 2021. Those login IP addresses included: (a) IP Address A (login on December 12, 2020); (b) 71.176.65.224 ("IP Address B") (log-ins on or about December 28, 2020, and February 15, 2021); (c) 68.133.88.154 ("IP Address C") (login on or about December 12, 2020); and (d) 108.183.211.42 ("IP Address D") (logins on December 12, 2020).

11. According to records provided by Verizon, for the dates and times that the user logged into the jharperimg@gmail.com account, IP Address B resolved to Subscriber B at an address in Liverpool, NY. According to Verizon, for the dates and times that the user logged into the jharperimg@gmail.com account, IP Address C was associated with Delta Sonic Car Wash, at 3205 Orchard Park Road, Orchard Park, NY 14127. Based on my training and experience, I know that business subscribers often use a corporate billing address that may be different from the specific business location where the service is provided.

12. According to records provided by Charter Communications, for the dates and times that the user logged into the jharperimg@gmail.com account, IP Address D was used by Subscriber D at an address in Brewerton, NY.

13. Through my training and experience, I know that users of Electronic Service Providers (Facebook, Dropbox, Google, etc.) will at times provide fictitious names when registering accounts, especially if the account is being utilized to store, send, or transmit files consistent with the sexual exploitation of children. Additionally, suspects of child exploitation investigations will take advantage of various WI-FI access points to make it more difficult to track and identify them.

14. Law enforcement determined that Subscriber A is Dominic ZAMPINI's brother-in-law.

15. On or about September 28, 2021, New York State Police investigators interviewed Dominic ZAMPINI and Subscriber B. These voluntary interviews were conducted at their residence. Among other things, Subscriber B stated in sum and substance:

    a. Subscriber D is Dominic ZAMPINI's stepmother, and Subscriber B is Dominic ZAMPINI's mother.

    b. At some point before the beginning of the COVID-19 Pandemic, ZAMPINI lived with his father and Subscriber D, but moved in with Subscriber B on or about December 23, 2020.

    c. Until approximately one month prior, ZAMPINI worked at a Delta Sonic [Car Wash] location in Cicero.

16. NYSP Investigators interviewed ZAMPINI in the front yard of the residence. During this interview, which was not recorded, ZAMPINI admitted to uploading child sexual exploitation material and creating/accessing the Dropbox account James Harper.

17. At the conclusion of the consensual residential search, ZAMPINI was transported to the NYSP Barracks in North Syracuse, New York for a recorded interview. As shown on the

recording, ZAMPINI was advised of his *Miranda* warning and waived his rights before answering questions. During this recorded interview, ZAMPINI stated, in sum and substance:

    a.    ZAMPINI met an individual who used the screen name "WTSUP" on the internet website "IFUNNY" after ZAMPINI started liking accounts of girls who were 14 or 15 years old.

    b.    "WTSUP" started sending ZAMPINI nude pictures of pubescent females approximately 14 and 15 years of age. Over time, "WTSUP" sent him a series of pornographic pictures, and the ages of the children in the images became younger and younger. At one point, "WTSUP" sent him a picture of a naked toddler.

    c.    Although ZAMPINI's initial preference was for images of girls 12 years old and up, after viewing the child pornography images of younger children, it opened new possibilities for him.

    d.    ZAMPINI created and used the Jason Harper email address (jharperimg@gmail.com) to sign up for the Dropbox account, which he used to save child pornography images that he received from "WTSUP."

18.    Investigators showed ZAMPINI the CyberTip images from the Jason Harper Dropbox account. While reviewing the images, ZAMPINI indicated three images in particular, and stated that he knew that these were sent to him by "WTSUP", and ZAMPINI saved the images for the purpose of sexual gratification. Those images are described as follows:

    a.    Image titled Photo Nov 29,11 09 27 PM.jpg depicts a prepubescent female leaning back on what a appears to be a bed with a male penis touching her anal area. The child appears to be between two and four years of age. The toddler's legs are spread apart, the adult male is holding her right leg with his left hand. It spears that semen is spread across the toddler's

chest, stomach, and left inner thigh area. Laying next to the female toddler is a white and purple used diaper.

   b. Image titled Photo Oct 30, 1 03 45 AM.jpg depicts an infant lying on her back while an adult male penis is near her vagina, there is semen on the infant's stomach, chest, and vagina. The child appears to be less than three years of age. The infant's legs are spread open exposing her vagina.

   c. Image titled Oct 30, 1 04 05 AM.jpg depicts a prepubescent female performing fellatio on an adult male penis. The child appears to be between three and five years of age. The child's hands are wrapped around the adult male's penis while the tip of the penis is in her mouth. In the photo the child is wearing a green tank top shirt and she is looking up towards the camera.

  19. ZAMPINI described the above listed images in his own words, and he told investigators his favorite image out of the above three images was the one that depicted the toddler leaning back with semen on her chest, stomach, and vagina. ZAMPINI stated that he uploaded the images while he was at Subscriber B's house, which is the residence in Liverpool, NY.

## CONCLUSION

20. Based upon the above information, there is probable cause to conclude that ZAMPINI did knowingly receive child pornography using a means and facility of interstate and foreign commerce, and in and affecting such commerce, in violation of Title 18, United States Code, Section 2252A(a)(2)(A).

_____
Lindsey R. Kennedy
Special Agent
Homeland Security Investigations

I, the Honorable Therese Wiley Dancks United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on the 18th day of November, 2021 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

_____
Hon. Therese Wiley Dancks
United States Magistrate Judge

7